**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002
Tel: 346.718.6600
EHaitz@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,** | **Case No. 21-31488-sgj11V** |
| *Debtor*. | **Chapter 11**<br>**Subchapter V** |
| **WATTSTOCK LLC,** | **Adv. No. 21-03083-sgj** |
| *Plaintiff*, | *Removed from the District Court of Dallas County, Texas, 116th Judicial District* |
| **v.** | |
| **ALTA POWER LLC,** | **Case No. DC-20-08331** |
| *Defendant, Counter-Plaintiff, and Third-Party Plaintiff*, | |
| **v.** | |
| **WATTSTOCK LLC,** | |
| *Counter-Defendant,* **and** | |
| **GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE** | |

POWER SERVICES,

**Third-Party Defendant.**

### GENERAL ELECTRIC INTERNATIONAL, INC.'S RULE 12(C)
### MOTION FOR JUDGMENT ON THE PLEADINGS

Third-Party Defendant General Electric International, Inc. ("GE") hereby respectfully moves the Court to enter judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and dismiss with prejudice each of the claims alleged in Defendant and Third-Party Plaintiff Alta Power, LLC's Third-Party Petition against GE. The grounds for this motion are fully set forth in the accompanying opening brief, filed concurrently.

Nothing contained in this motion or in the brief filed in support of this motion shall be construed as (i) a consent by GE to the jurisdiction of the Bankruptcy Court to finally adjudicate the claims asserted against GE in this proceeding; (ii) a waiver or release of the right to move to withdraw the reference of this proceeding; (iii) a waiver or release of the right to have final orders entered only after de novo review by a United States District Judge; or (iv) a waiver or release of any right to trial by a jury.

Dated: February 28, 2022

Respectfully submitted,

/s/ Eric T. Haitz
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel: 214.698.3100
Email: TCox@gibsondunn.com
        ALegrand@gibsondunn.com

and

Eric T. Haitz (Texas Bar No. 24101851)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel:    346.718.6600
Email: EHaitz@gibsondunn.com

COUNSEL TO GENERAL ELECTRIC
INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Eric T. Haitz*
Eric T. Haitz

*Attorney for General Electric
International, Inc.*