IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,**<br><br>*Debtor*.<br><br><br>**WATTSTOCK LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALTA POWER LLC,**<br><br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff,*<br><br>v.<br><br>**WATTSTOCK LLC,**<br><br>     *Counter-Defendant,* **and**<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,**<br><br>     *Third-Party Defendant.* | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V<br><br>Adv. No. 21-03083-sgj<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>Cause No. DC-20-08331 |

**PROPOSED ORDER GRANTING GENERAL ELECTRIC INTERNATIONAL, INC.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS**

Third-Party Defendant General Electric International, Inc's ("GE") Rule 12(c) Motion for Judgment on the Pleadings was filed before this Court on February 28, 2022. After considering all papers, arguments of counsel, documents, records, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter,

IT IS HEREBY ORDERED THAT:

1. GE's Motion for Judgment on the Pleadings is GRANTED.

2. Third-Party Plaintiff Alta Power LLC's claims against GE are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

# # # End of Order # # #