


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2022**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>Debtor. | § | Case No. 21-31488-sgj11-V<br><br>Chapter 11<br>Subchapter V |
| WATTSTOCK, LLC, Plaintiff,<br><br>v.<br><br>ALTA POWER LLC, Defendant, Counter-Plaintiff, and Third-Party Plaintiff,<br><br>v.<br><br>WATTSTOCK, LLC, Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | § | Adv. No. 21-3083<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>*Cause No. DC-20-08331* |

## SCHEDULING ORDER

The parties represent that they have agreed to the terms of this Scheduling Order. It is hereby **ORDERED** that the following schedule of deadlines shall be in effect until further order

of this Court:

| **Date** | **Deadline** |
|---|---|
| 2/28/2022 | Deadline for motions to dismiss |
| 3/17/2022 | Deadline for responses to motions to dismiss |
| 3/31/2022 | Deadline for replies to motions to dismiss |
| 4/19/2022<br><br>1:30 p.m. | Hearing on motions to dismiss |

| | |
|---|---|
| 30 days before scheduled mediation | Parties to exchange limited discovery to aid in preparation for mediation |
| 14 days before mediation | Production of documents responsive to limited discovery |
| 14 days following final order on MTD | Deadline for parties to file amended pleadings without leave |
| 45 days following final order on MTD | Complete mediation with agreed-upon neutral mediator |
| 9/30/2022 | Deadline for completion of all fact discovery |
| 10/7/2022 | Deadline for disclosure of initial expert reports |
| 11/7/2022 | Deadline for rebuttal expert reports |
| 11/15/2022 | Deadline for completion of all expert discovery |
| 11/15/2022 | Deadline for filing dispositive motions |
| 12/6/2022 | Deadline for responses to dispositive motions |
| 12/6/2022 | Deadline for filing motions to strike and Daubert motions |
| 12/20/2022 | Deadline for replies to dispositive motions |
| 12/30/2022 | Deadline for responses to Daubert motions |

| | |
|---|---|
| 1/13/2023 | Deadlines for replies to Daubert motions |
| 1/9/2023<br><br>1:30 p.m. | Hearing regarding (i) outstanding motions, if any; and (ii) whether case is ready for trial at district court |

### END OF ORDER ###

**AGREED AS TO FORM:**

/s/ *Thomas Berghman*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584

ATTORNEYS FOR THE DEBTOR

/s/ *Eric T. Haitz*
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
Pooja Patel (Tex. Bar No. 24104064)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel: 214.698.3100
Email: TCox@gibsondunn.com
ALegrand@gibsondunn.com
PPatel@gibsondunn.com

*and*

Eric T. Haitz (Texas Bar No. 24101851)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel: 346.718.6600
Email: EHaitz@gibsondunn.com

*Counsel to General Electric International, Inc.*

By: */s/ Joseph W. Golinkin II*
JORDAN, LYNCH & CANCIENNE PLLC
Michael Cancienne
State Bar No. 24055256
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713.955.4028
713.955.9644 Facsimile
*mcancienne@jlcfirm.com*
*jgolinkin@jlcfirm.com*

and

BAKER BOTTS L.L.P.
Jessica B. Pulliam,
Texas Bar No. 24037309
John B. Lawrence
Texas Bar No. 24055825
Kevin Chiu, TX SBN 24109723
*kevin.chiu@bakerbotts.com*
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6500
Facsimile: 214.953.6503
jessica.pulliam@bakerbotts.com
john.lawrence@bakerbotts.com

-and-

David R. Eastlake, TX SBN 24074165
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: 713.229.1234
Facsimile: 713.229.1522
david.eastlake@bakerbotts.com

***Counsel for Alta Power LLC***