**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: §<br><br>WATTSTOCK, LLC, §<br> §<br>     Debtor. §<br> § | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V |

| | |
|---|---|
| WATTSTOCK, LLC, Plaintiff, §<br> §<br>         v. §<br> §<br>ALTA POWER LLC, Defendant, Counter-Plaintiff, §<br>and     Third-Party Plaintiff, §<br> §<br>         v. §<br> §<br>WATTSTOCK, LLC, Counter-Defendant, and §<br> §<br>GENERAL ELECTRIC INTERNATIONAL, INC., §<br>d/b/a GE POWER SERVICES, Third-Party §<br>Defendant. § | Adv. No. 21-3083<br><br>*Removed from the District Court<br>of Dallas County, Texas,<br>116th Judicial District*<br><br>*Cause No. DC-20-08331* |

**CONFIDENTIALITY AGREEMENT FOR EXPERT,
CONSULTANT, WITNESS, OR EMPLOYEES OF ANY PARTY**

I, _____, am employed as _____ by _____.

I hereby affirm that:

1.  Information, including documents and things, designated as "Confidential Information," or

    "Confidential Attorney Eyes Only Information," as defined in the Protective Order entered in the

    above-captioned action ("Protective Order"), is being provided to me pursuant to the terms and

    restrictions of the Protective Order.

2.  I have been given a copy of and have read the Protective Order.

3.  I am familiar with the terms of the Protective Order and I agree to comply with and to be bound by

    its terms.

4.  I submit to the jurisdiction of this Court for enforcement of the Protective Order.

5.  I agree not to use any Confidential Information or Confidential Attorney Eyes Only Information disclosed to me pursuant to the Protective Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Protective Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.  I also agree to notify any stenographic, clerical or technical personnel who are required to assist me of the terms of this Protective Order and of its binding effect on them and me.

6.  I understand that I am to retain all documents or materials designated as or containing Confidential Information or Confidential Attorney Eyes Only Information in a secure manner, and that all such documents and materials are to remain in my personal custody until the completion of my assigned duties in this matter, whereupon all such documents and materials, including all copies thereof, and any writings prepared by me containing any Confidential Information or Confidential Attorney Eyes Only Information are to be returned to counsel who provided me with such documents and materials.

I make this certification this _____ day of _____, 20__.

_____
SIGNATURE