**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-31488-sgj11V |
| WATTSTOCK, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | Subchapter V |
| | § | |
| | § | |
| WATTSTOCK, LLC, Plaintiff, | § | Adv. No. 21-3083 |
| | § | |
| v. | § | *Removed from the District Court* |
| | § | *of Dallas County, Texas,* |
| ALTA POWER LLC, Defendant, Counter-Plaintiff, and   Third-Party Plaintiff, | § | *116th Judicial District* |
| | § | |
| | § | *Cause No. DC-20-08331* |
| v. | § | |
| | § | |
| WATTSTOCK, LLC, Counter-Defendant, and | § | |
| | § | |
| GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | § | |

**CONFIDENTIALITY AGREEMENT FOR THIRD-PARTY VENDORS**

I, _____, am employed as _____ by _____.

I hereby affirm that:

1. Information, including documents and things, designated as "Confidential Information," or "Confidential Attorney Eyes Only Information," as defined in the Protective Order entered in the above-captioned action ("Protective Order"), is being provided to me pursuant to the terms and restrictions of the Protective Order.

2. I have been given a copy of and have read the Protective Order.

3. I am familiar with the terms of the Protective Order and I agree to comply with and to be bound by its terms.

4. I submit to the jurisdiction of this Court for enforcement of the Protective Order.

5. I agree not to use any Confidential Information or Confidential Attorney Eyes Only Information disclosed to me pursuant to the Protective Order except for purposes of the above-captioned litigation and not to disclose any of this information to persons other than those specifically authorized by the Protective Order, without the express written consent of the party who designated the information as confidential or by order of the presiding judge.

I make this certification this _____ day of _____, 20\_\_.

_____
SIGNATURE