

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2022**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE WATTSTOCK, LLC, *Debtor*. | Case No. 21-31488-sgj11V |
| WATTSTOCK LLC, *Plaintiff*, | Chapter 11<br>Subchapter V |
| v. | Adv. No. 21-03083-sgj |
| ALTA POWER LLC, *Defendant, Counter-Plaintiff, and Third-Party Plaintiff*, | *Removed from the District Court of Dallas County, Texas, 116th Judicial District* |
| v. | Cause No. DC-20-08331 |
| WATTSTOCK LLC,     *Counter-Defendant*, and | |

| |
|---|
| GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,<br><br>    *Third-Party Defendant*. |

**ORDER DENYING GENERAL ELECTRIC INTERNATIONAL, INC.'S
RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Third-Party Defendant General Electric International, Inc's ("GE") Rule 12(c) Motion for Judgment on the Pleadings, dated February 28, 2022.  After considering all papers, arguments of counsel, documents, records, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter, IT IS HEREBY ORDERED that GE's Motion for Judgment on the Pleadings is DENIED.

**IT IS SO ORDERED.**

                                **# # # END OF ORDER # # #**