**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel.: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002-6117
Tel.: 346.718.6600
EHaitz@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>　　Debtor. | § Case No. 21-31488-sgj11V<br>§<br>§ Chapter 11<br>§ Subchapter V |
| WATTSTOCK, LLC, Plaintiff,<br><br>　　　　v.<br><br>ALTA POWER LLC, Defendant, Counter-Plaintiff, and　Third-Party Plaintiff,<br><br>　　　　v.<br><br>WATTSTOCK, LLC, Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | § Adv. No. 21-3083<br>§<br>§ *Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br>§<br>§ *Cause No. DC-20-08331* |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7016, Third-Party Defendant General Electric

International, Inc. ("GE") and Third-Party Plaintiff Alta Power LLC ("Alta) hereby respectfully move the Court to modify the Scheduling Order entered by the Court on February 24, 2022. Dkt. 32.

Under the current scheduling order, mediation must be held within forty-five (45) days following the Court's May 31, 2022 order on GE's 12(c) motion for judgment on the pleadings. *Id.*; Dkt. 47. Based on counsel's recent, good-faith conferrals, mediation is unlikely to be productive at this time. GE and Alta thus seek to modify the scheduling order so that mediation may be conducted after the completion of fact and expert discovery, allowing the parties to approach negotiations with the benefit of more fulsome information. The Parties have conferred about the case schedule, and as a result of those discussions, GE and Alta jointly propose the following modifications to the scheduling order:

| Event | Deadline |
| --- | --- |
| Deadline for Parties to Serve Initial Disclosures | August 11, 2022 |
| Deadline for Completion of Fact Discovery | October 28, 2022 |
| Deadline for Production of Expert Reports for the Party With Burden of Proof | October 31, 2022 |
| Deadline for Production of Opposing Expert Reports | January 5, 2023 |
| Deadline for Production of Rebuttal Expert Reports | January 31, 2023 |
| Deadline for Completion of Expert Discovery | February 21, 2023 |
| Deadline to Complete Mediation with Agreed-Upon Neutral Mediator | February 28, 2023 |
| Deadline for Summary Judgment Motions | March 15, 2023 |
| Deadline for Oppositions to Summary Judgment Motions | April 15, 2023 |
| Deadline for Reply Briefs in Support of Summary Judgment Motions | May 1, 2023 |
| Deadline for *Daubert* Motions | May 15, 2023 |
| Deadline for Oppositions to *Daubert* Motions | June 10, 2023 |
| Deadline for Reply Briefs in Support of *Daubert* Motions | June 24, 2023 |
| Hearing regarding (i) outstanding motions, if any; and (ii) whether case is ready for trial at district court | August 30, 2023 |

Accordingly, GE and Alta jointly and respectfully request entry of a scheduling order consistent with these dates.

Dated:  July 15, 2022

By:  */s/ Joseph W. Golinkin II*

**BAKER BOTTS L.L.P.**

Jessica B. Pulliam
State Bar No. 24037309
Jessica.pulliam@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2911
Tel.  214.953.6500

David R. Eastlake
State Bar No. 24074165
David.eastlake@bakerbotts.com
910 Louisiana Street
Houston, Texas 77002-4995
Tel.  713.229.1234

-and-

**JORDAN, LYNCH & CANCIENNE PLLC**

Michael Cancienne
State Bar No. 24055256
Kevin Jordan
State Bar No. 11014800
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713.955.4028
mcancienne@jlcfirm.com
kjordan@jlcfirm.com
jgolinkin@jlcfirm.com

*Co-Counsel for Alta Power LLC*

By:  */s/ Andrew P. LeGrand*

**GIBSON, DUNN & CRUTCHER LLP**

John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002
Tel: 346.718.6600
EHaitz@gibsondunn.com

*Attorneys for General Electric International, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

                                          */s/ Andrew LeGrand*
                                          Andrew LeGrand

                                          *Attorney for General Electric*
                                          *International, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for General Electric International, Inc. met and conferred with counsel for WattStock, LLC ("WattStock") by phone and email on July 13, 2022 and July 15, 2022.  Due to travel schedules, WattStock is unable to join this motion as of the time of filing.  WattStock is not opposed to this motion but is not in a position to join at the time of filing.

                                                */s/ Andrew LeGrand*
                                                Andrew LeGrand

                                                *Attorney for General Electric*
                                                *International, Inc.*