IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>    Debtor. | § § § § § § § | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V |
| WATTSTOCK, LLC, Plaintiff,<br><br>    v.<br><br>ALTA POWER LLC, Defendant, Counter-Plaintiff, and    Third-Party Plaintiff,<br><br>    v.<br><br>WATTSTOCK, LLC, Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | § § § § § § § § § § § § § § § § § § | Adv. No. 21-3083<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>*Cause No. DC-20-08331* |

## PROPOSED ORDER GRANTING
## JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is General Electric International, Inc. ("GE") and Alta Power LLC's

("Alta") Joint Motion to Modify Scheduling Order (Dkt. No. 49). The Court finds that good

cause exists for modifying the Scheduling Order and that no party will be prejudiced by doing so. Accordingly, the motion is GRANTED. It is hereby ORDERED that the following schedule of deadlines shall be in effect until further order of this Court:

| Event | Deadline |
|---|---|
| Deadline for Parties to Serve Initial Disclosures | August 11, 2022 |
| Deadline for Completion of Fact Discovery | October 28, 2022 |
| Deadline for Production of Expert Reports for the Party With Burden of Proof | October 31, 2022 |
| Deadline for Production of Opposing Expert Reports | January 5, 2023 |
| Deadline for Production of Rebuttal Expert Reports | January 31, 2023 |
| Deadline for Completion of Expert Discovery | February 21, 2023 |
| Deadline to Complete Mediation with Agreed-Upon Neutral Mediator | February 28, 2023 |
| Deadline for Summary Judgment Motions | March 15, 2023 |
| Deadline for Oppositions to Summary Judgment Motions | April 15, 2023 |
| Deadline for Reply Briefs in Support of Summary Judgment Motions | May 1, 2023 |
| Deadline for *Daubert* Motions | May 15, 2023 |
| Deadline for Oppositions to *Daubert* Motions | June 10, 2023 |
| Deadline for Reply Briefs in Support of *Daubert* Motions | June 24, 2023 |
| Hearing regarding (i) outstanding motions, if any; and (ii) whether case is ready for trial at district court | August 30, 2023 |

### END OF ORDER ###

**AGREED AS TO FORM:**

By: */s/ Joseph W. Golinkin II*           By: */s/ Andrew P. LeGrand*

**BAKER BOTTS L.L.P.**                    **GIBSON, DUNN & CRUTCHER LLP**

Jessica B. Pulliam                        John T. Cox III (Tex. Bar No. 24003722)
State Bar No. 24037309                    Andrew LeGrand (Tex. Bar No. 24070132)
Jessica.pulliam@bakerbotts.com            2001 Ross Avenue, Suite 2100
2001 Ross Avenue, Suite 900               Dallas, Texas 75201-2911
Dallas, Texas 75201-2911                  Tel: 214.698.3100
Tel.  214.953.6500                        TCox@gibsondunn.com
                                          ALegrand@gibsondunn.com
David R. Eastlake
State Bar No. 24074165                    Eric T. Haitz (Tex. Bar No. 24101851)
David.eastlake@bakerbotts.com             811 Main Street, Suite 3000
910 Louisiana Street                      Houston, Texas 77002
Houston, Texas 77002-4995                 Tel: 346.718.6600
Tel.  713.229.1234                        EHaitz@gibsondunn.com

-and-                                     *Attorneys for General Electric International, Inc.*

**JORDAN, LYNCH & CANCIENNE PLLC**

Michael Cancienne
State Bar No. 24055256
Kevin Jordan
State Bar No. 11014800
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713.955.4028
mcancienne@jlcfirm.com
kjordan@jlcfirm.com
jgolinkin@jlcfirm.com

*Co-Counsel for Alta Power LLC*