**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel.: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002-6117
Tel.: 346.718.6600
EHaitz@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>    Debtor. | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V |
| WATTSTOCK, LLC, Plaintiff,<br><br>    v.<br><br>ALTA POWER LLC, Defendant, Counter-Plaintiff, and    Third-Party Plaintiff,<br><br>    v.<br><br>WATTSTOCK, LLC, Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | Adv. No. 21-3083<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>*Cause No. DC-20-08331* |

## AGREED MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7016, the Parties hereby respectfully move the Court to modify the Scheduling Order entered by the Court August 16, 2022. Dkt. 51.

The Parties seek to modify the scheduling order to allow for additional time to complete fact discovery, including party and third-party depositions. The Parties have conferred about the case schedule, and as a result of those discussions, the Parties jointly propose the following modified scheduling order.

| Event | Deadline |
| --- | --- |
| Deadline for Parties to Serve Initial Disclosures | August 11, 2022 |
| Deadline for Completion of Fact Discovery | December 16, 2022 |
| Deadline for Production of Expert Reports for the Party With Burden of Proof | December 21, 2022 |
| Deadline for Production of Opposing Expert Reports | February 22, 2023 |
| Deadline for Production of Rebuttal Expert Reports | March 20, 2023 |
| Deadline for Completion of Expert Discovery | April 7, 2023 |
| Deadline to Complete Mediation with Agreed-Upon Neutral Mediator | April 14, 2023 |
| Deadline for Summary Judgment Motions | May 1, 2023 |
| Deadline for Oppositions to Summary Judgment Motions | Thirty days after a Summary Judgment Motion is filed |
| Deadline for Reply Briefs in Support of Summary Judgment Motions | Twenty-one days after an Opposition to a Summary Judgment Motion is filed |
| Deadline for *Daubert* Motions | June 30, 2023 |
| Deadline for Oppositions to *Daubert* Motions | Twenty-one days after a *Daubert* Motion is filed |
| Deadline for Reply Briefs in Support of *Daubert* Motions | Fourteen days after an Opposition to a *Daubert* Motion is filed |
| Hearing regarding (i) outstanding motions, if any; and (ii) whether case is ready for trial at district court | August 30, 2023 |

Accordingly, the Parties jointly and respectfully request entry of a scheduling order consistent with these dates.

Dated: September 29, 2022

By: /s/ *Thomas Berghman*

**MUNSCH HARDT KOPF & HARR P.C.**

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584
**ATTORNEYS FOR THE DEBTOR**

By: /s/ *Joseph W. Golinkin II*

**BAKER BOTTS L.L.P.**

Jessica B. Pulliam
State Bar No. 24037309
Jessica.pulliam@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2911
Tel. 214.953.6500

David R. Eastlake
State Bar No. 24074165
David.eastlake@bakerbotts.com
910 Louisiana Street
Houston, Texas 77002-4995
Tel. 713.229.1234

-and-

**JORDAN, LYNCH & CANCIENNE PLLC**

Michael Cancienne
State Bar No. 24055256
Kevin Jordan
State Bar No. 11014800
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713.955.4028

By: /s/ *Andrew P. LeGrand*

**GIBSON, DUNN & CRUTCHER LLP**

John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002
Tel: 346.718.6600
EHaitz@gibsondunn.com

*Attorneys for General Electric International, Inc.*

mcancienne@jlcfirm.com
kjordan@jlcfirm.com
jgolinkin@jlcfirm.com

*Co-Counsel for Alta Power LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

                                        */s/ Andrew LeGrand*
                                        Andrew LeGrand

                                        *Attorney for General Electric International, Inc.*