IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,** *Debtor*. | Case No. 21-31488-sgj11V<br>Chapter 11<br>Subchapter V |
| **WATTSTOCK LLC,** *Plaintiff*, <br>v. <br>**ALTA POWER LLC,** *Defendant, Counter-Plaintiff, and Third-Party Plaintiff*, <br>v. <br>**WATTSTOCK LLC,** *Counter-Defendant*, **and** <br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,** *Third-Party Defendant*. | Adv. No. 21-03083-sgj <br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District* <br><br>Cause No. DC-20-08331 |

**PROPOSED ORDER GRANTING GENERAL ELECTRIC INTERNATIONAL, INC.'S MOTION TO COMPEL PRODUCTION**

Before the Court is Third-Party Defendant General Electric International, Inc's ("GE") Motion to Compel Production of Documents from Alta Power LLC. After considering all papers, arguments of counsel, documents, records, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter,

IT IS HEREBY ORDERED THAT:

1. GE's Motion to Compel Production of Documents is GRANTED.

2. Alta Power LLC shall collect and produce relevant documents currently in the possession of Alta's outside counsel as requested in Requests for Production ("RFP") 23, 57, 73, and 74 and (2) search for and produce relevant documents currently within Alta's possession that involve Alta's outside counsel for these same RFPs.

**IT IS SO ORDERED.**

# # # End of Order # # #