# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>WATTSTOCK, LLC<br><br>    Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 21-31488-sgj11V<br><br>Adv. Proc. No. 21-3083 |
| WATTSTOCK, LLC<br><br>    Plaintiff,<br><br>v.<br><br>ALTA POWER LLC,<br><br>    Defendant, Counter-Plaintiff, and Third-Party Plaintiff.<br><br>v.<br><br>WATTSTOCK, LLC<br><br>    Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,<br><br>    Third-Party Defendant. | |

## NOTICE OF APPEARANCE OF JAMIL N. ALIBHAI

PLEASE TAKE NOTICE that the undersigned appears as counsel for WattStock, LLC ("WattStock") in the above-captioned adversary proceeding, and, pursuant to Federal Rules of Bankruptcy Procedure 7004, 9007, and 9010, requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be provided to the undersigned as follows:

Document      Page 2 of 2

Jamil N. Alibhai
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: jalibhai@munsch.com

Dated: October 6, 2022

Respectfully submitted,

**MUNSCH HARD KOPF & HARR, P**.C.

By:  /s/ *Jamil N. Alibhai*
Jamil N. Alibhai
State Bar No. 00793248
Thomas D. Berghman
State Bar No. 24082683
Natalie A. Sears
State Bar No. 24098400
Conor P. White
Texas Bar No. 24125722

500 N. Akard St., Suite 3800
Dallas, Texas 75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)
jalibhai@munsch.com
tberghman@munsch.com
nsears@munsch.com
cwhite@munsch.com

**COUNSEL FOR PLAINTIFF WATTSTOCK, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record on October 6, 2022, using the CM/ECF system.

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai

4875-3766-8146v.1