

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 6, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>    Debtor.<br><br><br>WATTSTOCK, LLC, Plaintiff,<br><br>    v.<br><br>ALTA POWER LLC, Defendant, Counter-Plaintiff, and     Third-Party Plaintiff,<br><br>    v.<br><br>WATTSTOCK, LLC, Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES, Third-Party Defendant. | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V<br><br><br>Adv. No. 21-3083<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>*Cause No. DC-20-08331* |

## ORDER GRANTING
## AGREED MOTION TO MODIFY SCHEDULING ORDER

Before the Court is the Parties' Agreed Motion to Modify Scheduling Order (Dkt. No. 58). The Court finds that good cause exists for modifying the Scheduling Order and that no

party will be prejudiced by doing so. Accordingly, the motion is GRANTED. It is hereby ORDERED that the following schedule of deadlines shall be in effect until further order of this Court:

| Event | Deadline |
|---|---|
| Deadline for Parties to Serve Initial Disclosures | August 11, 2022 |
| Deadline for Completion of Fact Discovery | December 16, 2022 |
| Deadline for Production of Expert Reports for the Party With Burden of Proof | December 21, 2022 |
| Deadline for Production of Opposing Expert Reports | February 22, 2023 |
| Deadline for Production of Rebuttal Expert Reports | March 20, 2023 |
| Deadline for Completion of Expert Discovery | April 7, 2023 |
| Deadline to Complete Mediation with Agreed-Upon Neutral Mediator | April 14, 2023 |
| Deadline for Summary Judgment Motions | May 1, 2023 |
| Deadline for Oppositions to Summary Judgment Motions | Thirty days after a Summary Judgment Motion is filed |
| Deadline for Reply Briefs in Support of Summary Judgment Motions | Twenty-one days after an Opposition to a Summary Judgment Motion is filed |
| Deadline for *Daubert* Motions | June 30, 2023 |
| Deadline for Oppositions to *Daubert* Motions | Twenty-one days after a *Daubert* Motion is filed |
| Deadline for Reply Briefs in Support of *Daubert* Motions | Fourteen days after an Opposition to a *Daubert* Motion is filed |
| Hearing regarding (i) outstanding motions, if any; and (ii) whether case is ready for trial at district court | August 30, 2023 |

### END OF ORDER ###

**AGREED AS TO FORM:**

By: /s/ *Thomas Berghman*

**MUNSCH HARDT KOPF & HARR P.C.**

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas Berghman, Esq.
Texas Bar No. 24082683
500 N. Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: 214-855-7500
Facsimile: 214-855-7584
**ATTORNEYS FOR THE DEBTOR**

By: /s/ *Joseph W. Golinkin II*

**BAKER BOTTS L.L.P.**

Jessica B. Pulliam
State Bar No. 24037309
Jessica.pulliam@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2911
Tel.  214.953.6500

David R. Eastlake
State Bar No. 24074165
David.eastlake@bakerbotts.com
910 Louisiana Street
Houston, Texas 77002-4995
Tel.  713.229.1234

-and-

**JORDAN, LYNCH & CANCIENNE PLLC**

Michael Cancienne
State Bar No. 24055256
Kevin Jordan
State Bar No. 11014800
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
713.955.4028

By: /s/ *Andrew P. LeGrand*

**GIBSON, DUNN & CRUTCHER LLP**

John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Eric T. Haitz (Tex. Bar No. 24101851)
811 Main Street, Suite 3000
Houston, Texas 77002
Tel: 346.718.6600
EHaitz@gibsondunn.com

*Attorneys for General Electric International, Inc.*

    mcancienne@jlcfirm.com
    kjordan@jlcfirm.com
    jgolinkin@jlcfirm.com

    *Co-Counsel for Alta Power*
    *LLC*

United States Bankruptcy Court

Northern District of Texas

Wattstock LLC,
    Plaintiff

Alta Power LLC,
    Defendant

Adv. Proc. No. 21-03083-sgj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2022 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Joseph W. Golinkin, II, Jordan, Lynch & Cancienne PLLC, 1980 Post Oak Blvd., Suite 2300, Houston, TX 77056-3841 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 06 2022 21:30:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 06 2022 21:30:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew LeGrand | on behalf of 3rd Pty Defendant General Electric International Inc. alegrand@gibsondunn.com, cfitzgerald@gibsondunn.com |
| Andrew D Robertson | |

| | |
|---|---|
| | on behalf of Plaintiff Wattstock LLC drobertson@krcl.com mbeaujean@krcl.com |
| Brian N. Hail | |
| | on behalf of Plaintiff Wattstock LLC bhail@krcl.com vsedon@krcl.com |
| Conor White | |
| | on behalf of Counter-Defendant Wattstock LLC cwhite@munsch.com |
| Conor White | |
| | on behalf of Plaintiff Wattstock LLC cwhite@munsch.com |
| David R. Eastlake | |
| | on behalf of Defendant Alta Power LLC david.eastlake@bakerbotts.com |
| Eric Thomas Haitz | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. ehaitz@gibsondunn.com, skoller@gibsondunn.com |
| James Naughton Henry, Jr. | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. jhenry@hallettperrin.com, bcardenas@hallettperrin.com |
| Jesse F. Beck | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. jbeck@hallettperrin.com, kkraner@hallettperrin.com |
| John B. Lawrence | |
| | on behalf of Defendant Alta Power LLC john.lawrence@bakerbotts.com jessica.aquino@bakerbotts.com |
| John T. Cox, III | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. tcox@gibsondunn.com, WCassidy@gibsondunn.com;twesley@gibsondunn.com |
| Katie Rose Talley | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. ktalley@gibsondunn.com |
| Natalie Anne Sears | |
| | on behalf of Counter-Defendant Wattstock LLC nsears@munsch.com eduenas@munsch.com |
| Natalie Anne Sears | |
| | on behalf of Plaintiff Wattstock LLC nsears@munsch.com eduenas@munsch.com |
| Pooja Patel | |
| | on behalf of 3rd Pty Defendant General Electric International Inc. ppatel@gibsondunn.com |
| Thanhan Nguyen | |
| | on behalf of Plaintiff Wattstock LLC anguyen@munsch.com |
| Thomas Daniel Berghman | |
| | on behalf of Counter-Defendant Wattstock LLC tberghman@munsch.com |
| Thomas Daniel Berghman | |
| | on behalf of Plaintiff Wattstock LLC tberghman@munsch.com |

TOTAL: 18