IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Case No. 21-31488-sgj11V |
| WATTSTOCK LLC, | Chapter 11<br>Subchapter V |
| *Debtor.* | |
| WATTSTOCK LLC, | Adv. No. 21-3083 |
| *Plaintiff/Counter Defendant*, | *Removed from the District Court of Dallas County, Texas, 116th Judicial District* |
| v. | |
| ALTA POWER LLC, | Cause No. DC-20-08331 |
| *Defendant/Counter Plaintiff,* | |
| v. | |
| GENERAL ELECTRIC INTERNATIONAL INC., d/b/a GE POWER SERVICES, | |
| *Third-Party Defendant.* | |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Joseph W. ("Jeb") Golinkin II, of the law firm Jordan, Lynch & Cancienne PLLC, located at 1980 Post Oak Blvd., Suite 2300, Houston, Texas 77056, Telephone: (713) 955-4019, Facsimile: (713) 955-4793, hereby appears as counsel of record for Alta Power, LLC. Counsel respectfully requests that all notices given or required to be given in these proceedings and all papers served or

required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail addresses, and facsimile numbers listed below.

DATED: October 11, 2022

        Respectfully submitted,

        JORDAN, LYNCH & CANCIENNE PLLC

        By:    *Jeb Golinkin*
            Michael Cancienne
            State Bar No. 24055256
            Joseph W. ("Jeb") Golinkin II
            State Bar No. 24087596
            1980 Post Oak Blvd., Suite 2300
            Houston, Texas 77056
            Telephone: 713.955.4025
            mcancienne@jlcfirm.com
            jgolinkin@jlcfirm.com

        BAKER BOTTS L.L.P.

            Jessica B. Pulliam
            State Bar No. 24037309
            John B. Lawrence
            State Bar No. 24055825
            Kirstie L. Wallace
            State Bar No. 24115920
            2001 Ross Avenue, Suite 900
            Dallas, Texas 75201
            Telephone: (214) 953-6500
            Facsimile: (214) 953-6503
            jessica.pulliam@bakerbotts.com
            john.lawrence@bakerbotts.com
            Kirstie.wallace@bakerbotts.com

        ATTORNEYS FOR ALTA POWER LLC

## **CERTIFICATE OF SERVICE**

This certifies that a copy of the above and foregoing was sent to the following counsel of record by electronic mail on October 11, 2022:

Thomas D Berghman
Jamil N. Alibhai
Natalie Anne Sears
Munsch, Hardt, Kopf & Harr, PC;
500 N. Akard St., Ste. 500
Dallas, TX 75201
tberghman@munsch.com
jalibhai@munsch.com
nsears@munsch.com
*Attorneys for Wattstock LLC*

John Cox
Andrew LeGrand
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
TCox@gibsondunn.com
ALegrand@gibsondunn.com

and

Eric Haitz
Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, TX 77002
EHaitz@gibsondunn.com
*Attorneys for Third-Party Defendant*
*General Electric International, Inc.*

                                              */s/ Jeb Golinkin*
                                              Jeb Golinkin