**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew P. LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,** *Debtor*. | Case No. 21-31488-sgj11V<br>Chapter 11<br>Subchapter V |
| **WATTSTOCK LLC,** *Plaintiff*,<br>v.<br>**ALTA POWER LLC,** *Defendant, Counter-Plaintiff, and Third-Party Plaintiff*,<br>v.<br>**WATTSTOCK LLC,** *Counter-Defendant,* and<br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,** *Third-Party Defendant.* | Adv. No. 21-03083-sgj<br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br>Case No. DC-20-08331 |

**NOTICE OF HEARING ON GENERAL ELECTRIC INTERNATIONAL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALTA POWER LLC**

PLEASE TAKE NOTICE that a hearing on General Electric International, Inc.'s Motion to Compel Production of Documents from Alta Power LLC [Docket No. 59] (the "Hearing") has been scheduled in the above-captioned adversary proceeding. The Hearing shall be held before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, Northern District of Texas, on October 31, 2022, at 9:30 a.m. CT.

PLEASE TAKE FURTHER NOTICE that the Hearing shall be held in person at 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas, 75242-1496.

Dated: October 14, 2022

        Respectfully submitted,

        /s/  Andrew P. LeGrand
        John T. Cox III  (Tex. Bar No. 24003722)
        Andrew P. LeGrand (Tex. Bar No. 24070132)
        GIBSON, DUNN & CRUTCHER LLP
        2001 Ross Avenue, Suite 2100
        Dallas, TX 75201
        Tel:    214.698.3100
        Email: TCox@gibsondunn.com
                ALegrand@gibsondunn.com

        COUNSEL TO GENERAL ELECTRIC INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I certify that on October 14, 2022, a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

        /s/ Andrew P. LeGrand
        Andrew P. LeGrand

        *Attorney for General Electric International, Inc.*