IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,**<br><br>*Debtor.*<br><br><br>**WATTSTOCK LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ALTA POWER LLC,**<br><br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff,*<br><br>v.<br><br>**WATTSTOCK LLC,**<br><br>    *Counter-Defendant,* **and**<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,**<br><br>    *Third-Party Defendant.* | Case No. 21-31488-sgj11V<br><br>Chapter 11<br>Subchapter V<br><br>Adv. No. 21-03083-sgj<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>Cause No. DC-20-08331 |

**PROPOSED ORDER GRANTING AGREED MOTION FOR LEAVE TO FILE UNDER SEAL GENERAL ELECTRIC INTERNATIONAL, INC.'S MOTION TO AMEND THE SCHEDULING ORDER AND TEMPORARILY STAY DISCOVERY AND EXHIBITS**

Before the Court is the Agreed Motion for Leave to File Under Seal Third-Party Defendant General Electric International, Inc's ("GE") Brief in Support of GE's Motion to Amend the Scheduling Order and Temporarily Stay Discovery and Exhibits. After considering all papers, documents, records, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter,

IT IS HEREBY ORDERED THAT the Agreed Motion For Leave To File Under Seal General Electric International, Inc.'s Motion to Amend the Scheduling Order and Temporarily Stay Discovery and Exhibits is GRANTED.

**IT IS SO ORDERED.**

# # # End of Order # # #