

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 30, 2023**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:**<br><br>**WATTSTOCK, LLC**<br><br>*Debtor.* | Chapter 11<br>Subchapter V<br><br>Case No. 21-31488-sgj11V<br><br>Adv. Proc. No. 21-3083 |
| **WATTSTOCK, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**ALTA POWER LLC,**<br><br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff,*<br><br>v.<br><br>**WATTSTOCK, LLC**<br><br>*Counter-Defendant*, and<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,**<br><br>*Third-Party Defendant.* | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE [Doc. 96]

The Court, having considered Plaintiff/Counter-Defendant WattStock, LLC ("WattStock") and Defendant/Counter-Plaintiff Alta Power LLC's ("Alta") (collectively, the "Parties") Agreed Motion to Dismiss with Prejudice [Doc. 96] (the "Motion"), hereby finds that the Motion should be GRANTED.

It is THEREFORE ORDERED that all claims, counterclaims, and causes of action that have been or could have been asserted by WattStock against Alta and by Alta against WattStock in this proceeding are hereby dismissed with prejudice.

It is FURTHER ORDERED that each party bear its own costs and attorneys' fees.

# # # End of Order # # #

**AGREED BY**:

| **Munsch, Hardt, Kopf & Harr, P.C.** | **Jordan, Lynch & Cancienne PLLC** |
|---|---|
| By: */s/ Jamil N. Alibhai* <br> Jamil N. Alibhai <br> jalibhai@munsch.com <br> Natalie A. Sears <br> nsears@munsch.com <br> Conor P. White <br> cwhite@munsch.com | By: */s/ Jeb Golinkin* <br> Michael Cancienne <br> mcancienne@jlcfirm.com <br> Kevin Jordan <br> kjordan@jlcfirm.com <br> Joseph W. ("Jeb") Golinkin II <br> jgolinkin@jlcfirm.com |
| 500 N. Akard St., Suite 3800 <br> Dallas, Texas 75201 <br> Telephone: (214) 855-7500 <br> Facsimile: (214) 855-7584 | 1980 Post Oak Blvd., Suite 2300 <br> Houston, Texas 77056 <br> Telephone: (713) 955-4028 <br> Facsimile: (713) 955-9644 |
| **ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT WATTSTOCK, LLC** | **ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF ALTA POWER, LLC** |