**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel:  214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7562
RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,**<br><br>*Debtor*. | **Case No. 21-31488-sgj11V**<br>**Chapter 11**<br>**Subchapter V** |
| **WATTSTOCK LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ALTA POWER LLC,**<br><br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff,*<br><br>v.<br><br>**WATTSTOCK LLC,**<br><br>     *Counter-Defendant,* **and**<br><br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE** | **Adv. No. 21-03083-sgj**<br><br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br><br>**Case No. DC-20-08331** |

> **POWER SERVICES,**
>
> *Third-Party Defendant.*

### GENERAL ELECTRIC INTERNATIONAL, INC.'S
### MOTION TO WITHDRAW THE REFERENCE FOR ALL FURTHER PROCEEDINGS

Pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Texas, Third-Party Defendant General Electric International, Inc. ("GE"), by and through its undersigned counsel, hereby moves (the "Motion") the United States District Court for the Northern District of Texas (the "District Court") for an order withdrawing the bankruptcy reference for all further pretrial and trial proceedings (3:21-cv-03183-bs, Dkt. 5) of the above-captioned Adversary Proceeding No. 21-03083-sgj (the "Adversary Proceeding"), to the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").

This Motion is based on the Brief in Support of Motion to Withdraw the Reference for All Further Proceedings (the "Brief") and the Declaration of Andrew LeGrand (the "LeGrand Declaration") all of which are being filed concurrently herewith and are incorporated herein by reference; the pleadings, records and files in this action; all other matters of which the Court is permitted to take judicial notice; and any oral or written evidence or argument that the Court may consider at or before the status conference on this Motion.

This Motion is being filed pursuant to Local Bankruptcy Rule 5011-1, which provides that "[a] motion to withdraw reference of a case or a proceeding in a case shall be directed to the district court, but shall be filed with the Bankruptcy Clerk."

Dated:  February 1, 2023

Respectfully submitted,

/s/   *Andrew LeGrand*
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:  214.698.3100
Email: TCox@gibsondunn.com
           ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7562
Email:  RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Andrew LeGrand*
Andrew LeGrand

*Attorney for General Electric International, Inc.*

2

## CERTIFICATE OF CONFERENCE

I certify that on February 1, 2023, counsel for GE met and conferred with counsel for Alta Power LLC. Alta and GE were unable to reach agreement and have reached an impasse, leaving the open issues for the court to resolve. The motion is opposed by Alta Power LLC.

*/s/ Andrew LeGrand*
Andrew LeGrand

*Attorney for General Electric International, Inc.*

3