IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WATTSTOCK LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:23-CV-00270-N |
| | § | |
| ALTA POWER LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The above-referenced matter is transferred to the docket of the Honorable Judge Brantley Starr, who has a related case.  All future pleadings shall be filed under case number 3:23-CV-0270-X.

SIGNED February 8, 2023.

_____
David C. Godbey
Chief United States District Judge


ORDER – SOLO PAGE