**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel: 214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7562
RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,** <br> *Debtor.* <br> **WATTSTOCK, LLC,** <br> *Plaintiff,* <br> v. <br> **ALTA POWER LLC,** <br> *Defendant, Counter-Plaintiff, and Third-Party Plaintiff,* <br> v. <br> **WATTSTOCK, LLC,** <br> *Counter-Defendant,* **and** <br> **GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,** <br> *Third-Party Defendant.* | **Case No. 21-31488-sgj11V** <br> **Chapter 11** <br> **Subchapter V** <br> **Adv. No. 21-03083-sgj** <br> *Removed from the District Court of Dallas County, Texas, 116th Judicial District* <br> **Case No. DC-20-08331** |

**GENERAL ELECTRIC INTERNATIONAL, INC.'S MOTION
FOR RECONSIDERATION OF THE COURT'S
<u>ORDER GRANTING MOTION TO REMAND ACTION BACK TO STATE COURT</u>**

General Electric International, Inc. hereby submits this motion for reconsideration of the Court's *Order Granting Motion to Remand Action Back to State Court* [Docket No. 140]. This motion is filed pursuant to Federal Rule of Civil Procedure 59(e), made applicable through Federal Rule of Bankruptcy Procedure 9023. GE respectfully requests that the Court convert its order granting Alta's motion for remand into a report and recommendation to the district court. The grounds for this motion are fully set forth in the accompanying brief, filed concurrently.

Although Alta Power LLC has not agreed to the requested relief, the parties have agreed to an expedited briefing schedule to facilitate prompt resolution of the motion. The parties have agreed as follows:

- Alta Response in Opposition: Due Monday, April 17, 2023;
- GE Reply: Due Friday, April 21, 2023.

The parties likewise have agreed to promptly schedule an expedited hearing on this motion.

Dated: April 10, 2023

Respectfully submitted,

/s/   *Andrew LeGrand*
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3100
Email: TCox@gibsondunn.com
      ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7562
Email: RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/   *Andrew LeGrand*
Andrew LeGrand

*Attorney for General Electric International, Inc.*

2

## CERTIFICATE OF CONFERENCE

I certify that on April 10, 2023, I conferred in good faith with Michael Cancienne, counsel for Alta Power LLC, who indicated that his client opposed the requested relief. Counsel for Alta has agreed to the expedited briefing schedule set forth in the motion accompanying this brief.

                                              */s/ Andrew LeGrand*
                                              Andrew LeGrand

                                              *Attorney for General Electric*
                                              *International, Inc.*