**GIBSON, DUNN & CRUTCHER LLP**
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Tel:  214.698.3100
TCox@gibsondunn.com
ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7562
RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE WATTSTOCK, LLC,**<br>*Debtor.*<br>**WATTSTOCK, LLC,**<br>*Plaintiff,*<br>v.<br>**ALTA POWER LLC,**<br>*Defendant, Counter-Plaintiff, and Third-Party Plaintiff,*<br>v.<br>**WATTSTOCK, LLC,**<br>*Counter-Defendant,* **and**<br>**GENERAL ELECTRIC INTERNATIONAL, INC., d/b/a GE POWER SERVICES,**<br>*Third-Party Defendant.* | **Case No. 21-31488-sgj11V**<br>**Chapter 11**<br>**Subchapter V**<br>**Adv. No. 21-03083-sgj**<br>*Removed from the District Court of Dallas County, Texas, 116th Judicial District*<br>**Case No. DC-20-08331** |

**GENERAL ELECTRIC INTERNATIONAL, INC.'S
<u>DESIGNATION OF RECORD ON APPEAL</u>**

1

In compliance with Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), General Electric International, Inc. ("GE") designates the following items to be included in the record on appeal to the U.S. District Court for the Northern District of Texas from the *Order Granting Motion to Remand Action Back to State Court*, dated March 29, 2023 [Docket No. 140]. This designation includes **all exhibits and addenda** attached to or filed with these documents, and all documents incorporated by reference in the designated documents:

| Bankruptcy Docket Number | Date[1] | Item |
|---|---|---|
| 141 | 3/29/2023 | General Electric International, Inc.'s Notice of Appeal, *and all exhibits and attachments* |
| 140 | 3/29/2023 | Order Granting Motion to Remand Action Back to State Court |
| — | — | Docket Sheet |
| 1 | 11/9/2021 | Notice of Removal, *and all attachments* |
| 3 | 12/13/2021 | Alta Power LLC's Motion to Withdraw the Reference |
| 8 | 1/3/2022 | Debtor's Objection to Alta Power LLC's Motion to Withdraw the Reference |
| 12 | 1/5/2022 | Statement of Third-Party Defendant General Electric International, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) |
| 13 | 1/5/2022 | General Electric International, Inc.'s Response to Alta Power LLC's Motion to Withdraw the Reference |
| 19 | 1/7/2022 | Report and Recommendation to District Court on Motion to Withdraw the Reference |
| 24 | 1/24/2022 | Statement of Defendant, Counter-Plaintiff and Third-Party Plaintiff, Alta Power LLC Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) |
| 30 | 2/28/2022 | General Electric International, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings, *and all exhibits and attachments* |
| 31 | 2/28/2022 | General Electric International Inc.'s Brief in Support of 12(c) Motion for Judgment on the Pleadings on Alta Power LLC's Third-Party Petition, *and all exhibits and attachments* |
| 32 | 3/1/2022 | Scheduling Order |
| 34 | 3/3/2022 | Stipulated Protective Order, *and all exhibits and attachments* |

---

[1] Date filed or entered on the Bankruptcy Adversary Docket (No. 21-03083-sgj).

| Bankruptcy Docket Number | Date[1] | Item |
|---|---|---|
| 35 | 3/3/2022 | Stipulated Protocol Regarding the Production of Documents and Electronically Stored Information, *and all exhibits and attachments* |
| 39 | 3/17/2022 | Alta Power's Response to General Electric International Inc.'s Rule 12(c) Motion for Judgment on the Pleadings |
| 45 | 3/22/2022 | Order Accepting Report and Recommendation from the United States Bankruptcy Court Granting Defendant's Motion to Withdraw the Reference |
| 40 | 3/31/2022 | General Electric International, Inc.'s Reply in Support of Its Motion for Judgment on the Pleadings |
| 47 | 5/12/2022 | Order Denying General Electric International, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings |
| 49 | 7/15/2022 | Joint Motion to Modify Scheduling Order, *and all exhibits and attachments* |
| 50 | 8/17/2022 | Order Granting Joint Motion to Modify Scheduling Order |
| 53 | 8/29/2022 | Transcript of Hearing held May 18, 2022 |
| 58 | 9/29/2022 | Agreed Motion to Modify Scheduling Order, *and all exhibits and attachments* |
| 59 | 10/5/2022 | General Electric International, Inc.'s Motion to Compel Production of Documents from Alta Power LLC, *and all exhibits and attachments* |
| 62 | 10/6/2022 | Order Granting Agreed Motion to Modify Scheduling Order |
| 65 | 10/6/2022 | Brief in Support of General Electric International, Inc.'s Motion to Compel Production of Documents from Alta Power LLC |
| 66 | 10/6/2022 | General Electric International, Inc.'s Appendix in Support of Motion to Compel Production of Documents from Alta Power LLC |
| 71 | 10/26/2022 | Alta Power LLC's Response in Opposition to General Electric International Inc.'s Motion to Compel, *and all exhibits and attachments* |
| 72 | 10/30/2022 | Reply in Support of General Electric International, Inc.'s Motion to Compel Production of Documents from Alta Power LLC |
| 75 | 11/2/2022 | Order Granting in Part General Electric International, Inc.'s Motion to Compel Production |
| 96 | 1/20/2023 | Agreed Motion to Dismiss with Prejudice, *and all exhibits and attachments* |
| 100 | 1/31/2023 | Order Denying GE's Motion to Extend Time to and to Amend the Scheduling Order and Temporarily Stay Discovery and Striking Associated Briefing |
| 101 | 1/31/2023 | Order Granting Agreed Motion to Dismiss with Prejudice |

| Bankruptcy Docket Number | Date[1] | Item |
|---|---|---|
| 103 | 2/1/2023 | General Electric International, Inc.'s Motion to Withdraw the Reference for All Further Proceedings |
| 104 | 2/1/2023 | General Electric International, Inc.'s Brief in Support of Its Motion to Withdraw the Reference for All Further Proceedings |
| 105 | 2/1/2023 | General Electric International Inc's Appendix in Support of Motion to Withdraw the Reference for All Further Proceedings |
| 106 | 2/1/2023 | Alta Power LLC's Motion to Remand, *and all exhibits and attachments* |
| 107 | 2/1/2023 | Alta Power LLC's Brief in Support of Motion to Remand |
| 121 | 2/9/2023 | Transcript of Hearing held January 23, 2023 |
| 122 | 2/9/2023 | Transcript of Hearing held January 6, 2022 |
| 128 | 2/17/2023 | General Electric International, Inc's Counterclaim for Declaratory Judgment and Breach of Contract |
| 129 | 2/22/2023 | Alta Power LLC's Response in Opposition to GE's Motion to Withdraw the Reference for All Further Proceedings |
| 130 | 2/22/2023 | General Electric International, Inc.'s Response in Opposition to Alta Power LLC's Motion to Remand |
| 131 | 2/22/2023 | General Electric International, Inc.'s Appendix in Support of Its Response in Opposition to Alta Power LLC's Motion to Remand |
| 132 | 3/8/2023 | Alta Power LLC's Reply in Support of Motion to Remand |
| 133 | 3/8/2023 | Reply in Support of General Electric International, Inc.'s Motion to Withdraw the Reference for All Further Proceedings |
| 134 | 3/26/2023 | Alta Power' Answer and Affirmative Defenses to General Electric International, Inc.'s Counterclaims |
| 137 | 3/29/2023 | Supplemental Brief to Address New Cases Not Briefed by Alta Power but Raised by Alta Power for the First Time at the Hearing on Alta Power's Motion for Remand and GE's Motion to Withdraw the Reference |
| 139 | 3/29/2023 | Alta Power LLC's Response to GE's Supplemental Brief |
| 150 | 4/5/2023 | Transcript of Hearing held March 27, 2023 |
| 151 | 4/10/2023 | General Electric International, Inc.'s Motion for Reconsideration of the Court's Order Granting Motion to Remand Action Back to State Court, *and all exhibits and attachments* |
| 152 | 4/10/2023 | General Electric International, Inc.'s Brief in Support of Its Motion to Reconsider the Court's Order Granting Motion to Remand Action Back to State Court |

Dated:  April 12, 2023

Respectfully submitted,

 /s/  *Andrew LeGrand*
John T. Cox III (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel:  214.698.3100
Email: TCox@gibsondunn.com
      ALegrand@gibsondunn.com

Robert Klyman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel:  213.229.7562
Email: RKlyman@gibsondunn.com

*Counsel to General Electric International, Inc.*

5

## CERTIFICATE OF SERVICE

I certify that, on April 12, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the CM/ECF system of the United States Bankruptcy Court for the Northern District of Texas, which will automatically send e-mail notification of such filing to all counsel of record.

      /s/ *Andrew LeGrand*
      Andrew LeGrand

      *Attorney for General Electric International, Inc.*