# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **In re:**<br><br>**WATTSTOCK, LLC,**<br>            *Debtor.* | |
| **GENERAL ELECTRIC INTERNATIONAL, INC.,**<br>            *Appellant*,<br>**v.**<br>**ALTA POWER LLC,**<br>            *Appellee.* | Case No. 3:23-CV-0679-X |

### STIPULATION TO DISMISS APPEAL
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Appellant General Electric International, Inc. ("GE") and Appellee Alta Power LLC ("Alta," and together with GE, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

### RECITALS

1.  On March 29, 2023, GE appealed from the Bankruptcy Court's *Order Granting Motion to Remand Action Back to State Court*. Bankruptcy ECF No. 140. The appeal was referred to this Court.

2.  On April 10, 2023, GE filed a Motion for Reconsideration with the Bankruptcy Court, and requested that the Bankruptcy Court convert its order granting Alta's Motion for Remand into a Report and Recommendation to the District Court. Bankruptcy ECF No. 151.

3. On April 26, 2023, the Bankruptcy Court granted GE's Motion for Reconsideration, and thereby converted its previous order into a Report and Recommendation to the District Court. Bankruptcy ECF Nos. 157, 159.

4. The Bankruptcy Court filed the Report and Recommendation in this Court. Case No. 3:23-CV-270-X, ECF No. 3-1.

5. Thus, an appealable order no longer exists, and dismissal of this appeal is proper.

6. GE intends to timely file its objections to the Bankruptcy Court's Report and Recommendation.

## STIPULATION

**NOW, THEREFORE,** the Parties hereby stipulate that:

1. GE's appeal in Case No. 3:23-CV-0679-X is dismissed.
2. The Parties agree that each party will bear its own attorneys' fees and costs, if any.

**IT IS SO STIPULATED.**

DATED: May 2, 2023

/s/ Jeb Golinkin
JORDAN, LYNCH & CANCIENNE PLLC
Michael Cancienne
State Bar No. 24055256
Joseph W. ("Jeb") Golinkin II
State Bar No. 24087596
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
Telephone: 713.955.4028
Facsimile: 713.955.9644
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com

BAKER BOTTS L.L.P.
Jessica B. Pulliam,
Texas Bar No. 24037309
John B. Lawrence
Texas Bar No. 24055825
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6500
Facsimile: 214.953.6503
jessica.pulliam@bakerbotts.com
john.lawrence@bakerbotts.com

*Counsel to Alta Power LLC*

/s/ Andrew LeGrand
Andrew LeGrand (Tex. Bar No. 24070132)
Bradley G. Hubbard (Tex. Bar No. 24090174)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Email: ALegrand@gibsondunn.com
          BHubbard@gibsondunn.com

*Counsel to General Electric International, Inc.*

3

## **CERTIFICATE OF SERVICE**

  I certify that on May 2, 2023, a true and correct copy of this stipulation was served by ECF on all counsel of record.

            /s/   Andrew LeGrand
            Andrew LeGrand

            *Attorney for General Electric International, Inc.*